**[J-68-2015]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| LEHIGH VALLEY DUAL LANGUAGE CHARTER SCHOOL,<br><br>                  Appellee<br><br>            v.<br><br>BETHLEHEM AREA SCHOOL DISTRICT,<br><br>                  Appellant | No. 43 MAP 2015<br><br>Appeal from the Order of the Commonwealth Court at No. 2010 CD 2013 dated July 22, 2014, reconsideration denied September 10, 2014, Reversing and Remanding the order from the State Charter School Appeal Board at No. 2013-07 dated October 23, 2013. |

**ORDER**

**PER CURIAM**                                            **FILED: September 28, 2015**

AND NOW, this 28th day of September, 2015, the Application to Dismiss is GRANTED.